Dismissed; Opinion issued January 15, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00819-CV

### JULIUS HOLMES, ANTONIO SPENCER, AND ALL OCCUPANTS OF 3320 PECAN SHADOW WAY, DALLAS, TEXAS, Appellants

V.

### DEUTSCH BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R2, Appellee

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-08781-D

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers

On November 6, 2012, appellee moved to dismiss this appeal as moot. On November 20, 2012, the Court directed appellant to file a response to the motion to dismiss within ten days. To date, appellant has not filed a response or otherwise communicated with the Court regarding this appeal. Accordingly, we **GRANT** the motion and **DISMISS** this appeal.

PER CURIAM

120819F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JULIUS HOLMES, ANTONIO SPENCER, AND ALL OCCUPANTS OF 3320 PECAN SHADOW WAY, DALLAS, TEXAS, Appellants

No. 05-12-00819-CV     V.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R2, Appellee

Appeal from the County Court at Law No. 4 of Dallas County, Texas. (Tr.Ct.No. CC-11-08781-D).
Opinion delivered per curiam before Chief Justice Wright and Justices Francis and Lang-Miers.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. Appellee is **ORDERED** to recover its costs of this appeal from appellants.

Judgment entered    January 15, 2013     .

CAROLYN WRIGHT
CHIEF JUSTICE